Elaine P. WURTENBERG, Petitioner

v.

WORKERS' COMPENSATION AP-
PEAL BOARD (TENET HEALTH
SYSTEM HAHNEMANN, LLC), Re-
spondent

No. 368 EAL 2016

Supreme Court of Pennsylvania.

February 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.